AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| United States of America | ) |
|---|---|
| v. | ) |
| Nolan Sental Smith | ) Case No: CR401-00182-001 |
| | ) USM No: 10814-021 |
| Date of Previous Judgment: January 9, 2002 | ) William O. Cox |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED.    [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 25             Amended Offense Level: 23
Criminal History Category: IV          Criminal History Category: IV
Previous Guideline Range: 84 to 105 months    Amended Guideline Range: 70 to 87 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**: The Court denies the defendant's motion for reduction of sentence pursuant to factors found in 18 U.S.C. § 3553(a): the nature and circumstances of the offense and history and characteristics of the defendant, and the need to protect the public from further crimes of the defendant. During the instant offense, the defendant physically fought with arresting agents and had to be pepper-sprayed. Also, at the time of the instant conviction, when the defendant was only 21 years old, he had already sustained three felony convictions involving crack cocaine, including a juvenile conviction.

Except as provided above, all provisions of the judgment dated January 9, 2002, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 13, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____    For the Southern District of Georgia
(if different from order date)                Printed name and title